UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Michael F. Dundon, SSN: xxx-xx-0782 | ) | Case No. 04-41946 (JBR) (Chapter 7) |
| | ) | Case No. 04-04459 (JBR) (Adversary Proceeding) |
| Debtor | ) | |
| | ) | |
| ELAINE L. CHAO, | ) | |
| Secretary of the United States | ) | |
| Department of Labor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL F. DUNDON, | ) | |
| SSN: xxx-xx-0782 | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## DEFAULT JUDGMENT

Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor,

having filed a Complaint for the Determination of Dischargeability of Debt and

Defendant Michael F. Dundon ("Dundon") having been duly served with a copy of the

Complaint and Summons, Defendant Dundon having failed to plead or otherwise defend

within the time prescribed by law, and default of Defendant Dundon having been duly

entered by the Clerk of this Court on July 11, 2005, and the truth of the allegations

contained in the Complaint having been made to appear by the Affidavit of James M.

Benages, Regional Director of the Employee Benefits Security Administration of the U.S.

Department of Labor, now, therefore, upon application of the plaintiff and for cause

shown,

JUDGMENT IS HEREBY ENTERED against Defendant Dundon in accordance with the prayer of the Complaint in the above-entitled action; and it is

ORDERED, ADJUDGED AND DECREED that:

1) The amount of $11,592.35, plus interest computed at the applicable federal post judgment interest rate compounded annually from the date of entry of this judgment to the date of payment, is owed to the Plan by the Debtor and is determined to be a nondischageable debt pursuant to 11 U.S.C. 523(a)(4).

2) Defendant Dundon shall pay the costs of this action.

DATED: _____ 1/4/06 _____

*Joel B. Rosenthal*

_____
Honorable Joel B. Rosenthal
United States Bankruptcy Court
District of Massachusetts